-----Original Message-----
From: Sanne Unger [mailto:sanne.majorca@gmail.com]
Sent: Monday, March 09, 2020 4:07 PM
To: Daniel Johnson, Secretary; David Schwartz; Laureen Weaver
Cc: B. Fletcher, VP Fair Housing Center of the Greater Palm Beaches
Subject: Reasonable Accommodation Request

Mr. Schwartz, Ms. Weaver, Mr. Johnson,

My husband Steven has a physical disability that limits his mobility, and he is therefore unable to attend monthly HOA board meetings and has limited access to the community mailboxes. I am requesting a reasonable accommodation be made for him.

Please e-mail either a recording of the board meetings, or a transcript of the monthly board meeting minutes to sama59@gmail.com immediately after the meetings occur. Please e-mail all community announcements, agendas, notifications, surveys, homeowner correspondence, and any other community-related mailings to sama59@gmail.com.

Kindly respond to my request within seven (7) business days. Thank you for your time and consideration, I look forward to receiving your response.

Sanne Unger
5205 Majorca Club Drive

**Exhibit A**