From: David Schwartz <DSchwartz@hawkeyefla.com>
Date: Fri, 27 Mar 2020 14:48:19 +0000
Subject: Reasonable Accommodation Request
To: Sanne Unger <sanne.majorca@gmail.com>, "SAMA59@GMAIL.COM" <SAMA59@gmail.com>
Cc: Tara Scott <tara@taraleighscott.com>, "Daniel Johnson, Secretary" <magansbay2@gmail.com>

Good Morning:

At this time, the board of directors does not record audio or video of the Board meetings.  This is not normal practice for the board meetings.  If and when you are able to attend the Board meetings, you are able to record the Board meetings.  I believe the location of the meetings which are held at Sugar Sand Park is ADA compliant.  If you are not able to attend the meetings, you may designate a set representative by power of attorney to attend the meetings for you and then that person may record or take notes as necessary of the Board meeting.

The only transcripts which are available are the approved meeting minutes from the previous meeting.  A website is being developed, once that is up and running, you will be able to have access to the community information easily.  In the meantime, when the community information is available, we will email you a copy.

Should you have any additional questions please let me know.


Thank you,

David Schwartz, LCAM

Hawk-Eye Management, Inc.
3901 North Federal Highway, Suite 202
Boca Raton, Florida  33431
561-392-1600
561-392-1608 Fax

www.hawkeyefla.com
dschwartz@hawkeyefla.com

**Exhibit B**