LAW OFFICE
## KAREN A. GAGLIANO, P. A.
955-N  Northwest 17th  Avenue
Delray Beach, FL 33445
---
Telephone: (561)243-9100
Telefax: (561) 279-2297
Email: gaglianolaw@aol.com


May 26, 2020                                          Via email & US Mail



Marcy I. LaHart, Esquire
207 SE Tuscawilla Road
Micanopy, FL 32667

Re:   Our Client: Majorca at Via Verde HOA
      Your Client: Steven and Sanne Unger
      Our File No.: 10787

Dear Ms. LaHart:

Please be advised that this office represents Majorca at Via Verde Homeowners Association, Inc. This letter is in response to your letter of May 15th to my client.

You allege that my client has not offered a reasonable accommodation to Mr. Unger. I am advised that my client advised Mr. Unger of his right to send his co-owner/wife, or any other representative he identifies before the meeting, to tape or video record any live meeting so that he has full access to these meetings. This is in compliance with the Homeowner Association Statute benefitting all owners. Mr. & Mrs. Unger were advised that the Board does not tape or video record any association meetings. Hand notes are taken at the meeting. By the time of the next meeting, those notes are transcribed and presented to the Board for review and approval. There is no "immediate" transcribing of the minutes and they are not "completed" until voted upon by the directors at the next Board meeting. Upon approval those transcribed minutes are available to all owners requesting a copy as they then become part of the official records of the Association. My client previously offered to email those approved minutes to Mr. & Mrs. Unger. Additionally, since then the Association's website is up and running and the approved minutes through May 20th are posted. Your clients and all other owners can access this website and read/print out the minutes or other posted documents of the Association any time they wish.

You should also know that due to the Covid19's crowd restrictions effective since early March, there have been Zoom meetings open to all members. The Annual meeting of the members was held on May 6th followed immediately by the Organizational Meeting of the Board. A Board meeting was also held on Zoom on May 20th. All owners received timely notice, as well as instructions, on how to "attend" and take part in these virtual meetings. Specifically, your clients received email notices to the email address they previously registered with the Association. Apparently, they chose not to attend these virtual meetings.

## Exhibit D

Marcy I. LaHart, Esquire
May 26, 2020
Page 2

Lastly, in case you are unaware, this matter was already reviewed by the Fair Housing Center Greater Palm Beaches, Inc. which represented Mr. & Mrs. Unger previously on this matter.   It is my understanding that this agency determined that the accommodation offered by the Association was reasonable.  Until your letter, my client understood the matter was closed.

Based upon the facts, my client has provided and continues to provide reasonable accommodations to both of your clients.   Your clients have full and timely access to in person and/or Zoom meetings, as well as access to all approved minutes of those meetings through the Association website.   When in person meetings restart, your clients can have Mrs. Unger, or any other identified representative of Mr. Unger, attend and tape or video record the meetings for his personal use if that is what he wants.   Future approved minutes of Association meetings will continue to be timely posted on the website, as will various other records of the Association.

Very truly yours,

Karen A. Gagliano, Esquire

cc: Board of Directors

**Exhibit D**