**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:20-cv-81175-AHS

STEVEN UNGER,

      Plaintiff,

vs.

MAJORCA AT VIA VERDE HOMEOWNERS
ASSOCIATION INC.,

      Defendant.

_____/

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT
AND INCORPORATED MEMORANDUM OF LAW**

COME NOW, Plaintiff, STEVEN UNGEER, by and through her undersigned counsel and, pursuant to Fed.R.Civ.P. 15(a) moves this court for leave to amend her complaint, and in support thereof states:

1. On July 17, 2020, Plaintiff STEVEN UNGER filed his complaint for damages arising from unlawful discrimination by the Defendant, MAJORCA AT VIA VERDE HOMEOWNERS ASSOCIATION INC. (Hereinafter "MAJORCA")[DE 1]

2. On September 8, 2020 Defendant MAJORCA filed a Motion To Dismiss for Failure to State a Claim.

3. On July 15, 2021 the Court entered an order dismissing Plaintiff's complaint without prejudice, stating "Plaintiff has failed to sufficiently allege his reasonable accommodation request was refused but may be able to do so in an amended pleading."

4. The July 15, 2021 Order states that Plaintiff may move to amend his complaint by July 30, 2021.

5. Accordingly, Plaintiff is moving to file his First Amended Complaint.

## MEMORANDUM OF LAW

6. When, as in the instant case, the time period for filing an amendment of a pleading as of right has expired, Rule 15(a) of the Federal Rules of Civil Procedure requires that amendment may be provided "only by leave of court or by written consent of the adverse party." Fed. R. Civ. P. 15(a). However, Rule 15(a) states that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). This policy of liberally permitting amendments is to facilitate determination of claims on their merits. *Shipner v. Eastern Air Lines, Inc.*, 868 F.2d 401, 407 (11th Cir. Fla. 1989)

7. The Eleventh Circuit has held that motions for leave to amend complaints should be liberally granted when necessary, in the interests of justice. See *Fla. Evergreen Foliage v. E.I. Dupont De Nemours & Co.*, 336 F. Supp. 2d 1239, 1251 (S.D. Fla. 2004) citing *Jennings v. BIC Corp.*, 181 F.3d 1250, 1258 (11th Cir. 1999) (stating

that "leave to amend should be liberally granted when necessary in the interest of justice" under Fed. R. Civ. P. 15(a)); *Florida Power & Light Co. v. Allis Chalmers Corp.*, 85 F.3d 1514, 1520 (11th Cir. 1996) ("Unless substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial."), citing *Shipner* at 407. (11th Cir. 1989).

8. Grounds to deny leave to amend exist only "(1) where there has been undue delay, bad faith, dilatory motive, or repeated failure to cured deficiencies by amendments previously allowed; (2) where allowing amendment would cause undue prejudice to the opposing party; or (3) where amendment would be futile." *Reese v. Herbert*, 527 F.3d 1253, 1263 (11th Cir. 2008) (quoting *Burger King Corp. v. Weaver*, 169 F.3d 1310, 1319 (11th Cir.1999) (quoting *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962)).

9. There is no substantial reason to deny STEVEN UNGER's request to amend his complaint.

10. The amendment is proposed in good faith.

11. Defendant will not be prejudiced by the proposed amendment.

12. A copy of the proposed amended complaint is attached hereto as "Exhibit 1."

WHEREFORE, Plaintiff respectfully requests this Court GRANT leave to file this Amended Complaint and the Exhibits thereto and grant such further relief as this Court deems just and equitable.

## CERTIFICATION OF COMPLAINCE WITH LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that she conferred with counsel for Defendant who has advised that this motion is opposed by Defendant and requested that the email attached hereto be provided to the Court. Undersigned counsel spoke with Justin Edell subsequent to the attached email and understands Majorca's position to be that Plaintiff cannot plead a prima facie case, an assertion obviously disputed by Plaintiff and his counsel.

Respectfully submitted on this 26th day of July, 2021.

/s/ Marcy I. LaHart, Esq.
Florida Bar No. 0967009
Marcy@floridaanimallawyer.com
MARCY I. LAHART, P.A.
249 SE Tuscawilla Road
Micanopy, FL 32667
(352) 545-7001

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of Court for United States District Court, Middle District of Florida, by using the CM/ECF system, which will send a copy of the document and notice of electronic filing to all counsel of record.

BY: s/Marcy LaHart
Counsel for Plaintiff

**From:** Rachel K. Beige <Rachel.Beige@csklegal.com>
**Sent:** Tuesday, July 27, 2021 5:01 PM
**To:** Marcy LaHart <marcy@floridaanimallawyer.com>; Justin D. Edell <Justin.Edell@csklegal.com>
**Cc:** Jane Ford <Jane.Ford@csklegal.com>; Mayber Delgado <Mayber.Delgado@csklegal.com>
**Subject:** RE: Second Request- RE: Steven Unger vs. Majorca at Via Verde Homeowners; CASE NO. 9:20-cv-81175-AHS

Hi Marcy:
I have been in meetings all day.
I have had a chance to review your proposed amended pleading, which entirely fails to address the Court's order concerning the limited grounds for amendment. Instead of making the necessary allegations which the Court requires, the additional allegations appear to include further conclusory statements which, in large part, are disputed by the attachments/correspondence between the parties.

Your motion to amend is governed by both the Court's order and Rule 15 which I recognize allows leave to be freely given. Of course, one of the grounds for denying a motion to leave is when the proposed amendment would be futile which, for our purposes, is met where the proposed amendment cannot withstand a motion to dismiss. Perkins v. United States, 55 F.3d 910, 917 (4th Cir. 1995).

Justin and I would be happy to discuss the continued deficiencies in your complaint. If you insist on filing the amendment, please attach this email as notice of our position and specifically reserving our right to file a Motion to Dismiss.



*The Florida Law Firm*

**www.csklegal.com**

### Rachel K. Beige
*Partner*
Tel: 561-383-9228 | Fax: 561-683-8977
**Rachel.Beige@csklegal.com**

### Cole, Scott & Kissane P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401