**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:20-cv-81175-AHS

STEVEN UNGER,

      Plaintiff,

vs.

MAJORCA AT VIA VERDE HOMEOWNERS
ASSOCIATION INC.,

      Defendant.

_____/

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff STEVEN UNGER, in the above referenced case hereby appeals to the United States Court of Appeals for the Eleventh Circuit following orders:

1)     Order granting Defendant's Motion to Dismiss entered July 15, 2021.

2)     Order denying Plaintiff's First Motion for Leave to Amend entered August 26, 2021.

Respectfully Submitted on 13th day of September 2021.

                                        MARCY I. LAHART, P.A.
                                      /s/Marcy LaHart
                                      Marcy I. LaHart, Esq.
                                      249 SE Tuscawilla Road
                                      Micanopy, FL 32667
                                      Florida Bar No. 0967009

                                      marcy@floridaanimallawyer.com

**CERTIFICIATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of September, 2021 a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to this  to the Clerk of

the Court. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECP.

BY: /s/ Marcy LaHart
Marcy LaHart, Esq.
Florida Bar No. 0967009
