UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-81175-CIV-SINGHAL

STEVEN UNGER,

    Plaintiff,

v.

MAJORCA AT VIA VERDE HOMEOWNERS
ASSOCIATION, INC.,

    Defendant.

_____/

## ORDER TO REOPEN

**THIS CAUSE** is before the Court on the Mandate from the United States Court of Appeals for the Eleventh Circuit (DE [34]), reversing this Court's Order (DE [17]) dismissing Plaintiff's Complaint (DE [1]) without prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court is directed to **REOPEN** this case. Defendant's answer is due **by November 18, 2022**. Furthermore, the parties shall file an amended Joint Scheduling Report **by November 18, 2022**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of October 2022.

*[signature]*
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF